IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| RODNEY TWEEDY and CHERRI TWEEDY, | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) CV 124-225 ) |
| SUPERIOR COURT OF RICHMOND COUNTY STATE OF GEORGIA; DANIEL J. CRAIG; JARED T. WILLIAMS; KEN ROGERS; KIMBERLY REED; KENNETTA REED; EBONY REED; RAHMAAN BOWICK; and KATHERINE MASON, | ) ) ) ) ) ) ) ) |
| Defendants. | ) |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** this case without prejudice, and **CLOSES** this civil action.

SO ORDERED this _____ day of April, 2025, at Augusta, Georgia.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA