AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

RODNEY TWEEDY and CHERRI TWEEDY,

Plaintiffs,

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: CV124-225

SUPERIOR COURT OF RICHMOND COUNTY STATE OF GEORGIA, et al.,

Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Order dated April 4, 2025, the Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. This case is dismissed without prejudice. This case stands closed.

| 4/4/25 | John E. Triplett, Clerk of Court |
|---|---|
| Date | Clerk |
| | *signature* |
| | (By) Deputy Clerk |

GAS Rev 10/2020